MATALON SHWEKY ELMAN PLLC
450 Seventh Avenue, 33rd Floor
New York, New York 10123
*Attorneys for Defendant Vedder Price P.C.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                              :
PENNY FERN HART,                                              :
                *Plaintiff*,                         :
                                                              :   Case No. 1:18-cv-06637 (JSR)
     -v-                                                      :
                                                              :   **NOTICE OF APPEARANCE**
VEDDER PRICE P.C.,                                            :
                *Defendant.*                         :
---------------------------------------------------------------x

       PLEASE TAKE NOTICE that the undersigned attorney appears in this action as attorney for Defendant Vedder Price P.C.

Dated: August 1, 2018
       New York, New York

                                    MATALON SHWEKY ELMAN PLLC

                                    By:   */s/ Howard I. Elman*
                                           Howard I. Elman
                                  450 Seventh Avenue, 33rd Floor
                                  New York, New York 10123
                                  (212) 244-9000
                                  helman@mselaw.com
                                  *Attorneys for Defendant Vedder Price P.C.*